## DECLARATION OF TONY NASSER IN SUPPORT OF PLAINTIFFS'

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

I, Tony Nasser, Esq., being over the age of 18 and competent, declare:

1.      I am an attorney at law duly authorized to practice law before all the courts of the State of California, and I am an attorney for the Plaintiffs in this instant case. I am familiar with the files, pleadings and facts in this case, and if called upon as a witness I could and would competently testify to the following facts based upon my own personal knowledge or information and belief.

2.      I make this Declaration in support of Plaintiffs Nevada Green Party, Dr. Jill Stein, and Julia Hammett's (hereinafter collectively "Plaintiffs") *Application for Temporary Restraining Order and Order to Show Cause* (the "Application").

3.      I and my office have not delayed in preparing the filings for this action and the Application; indeed, we filed as soon as possible due to the urgent nature of the relief sought.

4.      On August 15, 2016 at approximately 1:27 p.m. PST, I telephoned the Nevada Attorney General's Office and left a message for Ms. Lori Story, Deputy Attorney General. I informed Ms. Story that the Nevada Green Party, Dr. Jill Stein, and Julia Hammett imminently would be filing a complaint and application for temporary restraining order and order to show cause regarding a preliminary injunction, and I explained the grounds for the application and the nature of the relief requested. On August 15, 2016, at approximately 3:01 p.m. PST, Ms. Story returned my phone call and we discussed the grounds for the application and the Secretary of State's position regarding the same. Ms. Story said she would check with her colleagues regarding

alternatives to litigation, and she agreed to get back to me on by August 16, 2016 at noon, if possible.

5.     On August 16, 2016, at noon, I had not received any communication from Ms. Story or the Secretary of State. Accordingly, on August 16, 2016, at approximately 12:16 p.m. PST, I telephoned Ms. Story and left a voice message informing her that because I had not heard back from her, the Nevada Green Party, Dr. Jill Stein, and Julia Hammett would be filing a complaint and application for temporary restraining order and order to show cause regarding a preliminary injunction the same day.

6.     A true and correct copy of the "State of Nevada Minor Party Qualification Guide" issued in 2002 by then Nevada Secretary of State Dean Heller, is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

EXECUTED on August 16, 2016 in Los Angeles, California.

/s/ Tony Nasser

TONY NASSER

DECLARATION OF JULIA DAMRON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR
TEMPORARY RESTRAINING ORDER & ORDER TO SHOW CAUSE