UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Nevada Green Party, et al.,

    Plaintiff

v.

Barbara C. Cegavske,

    Defendant

2:16-cv-01951-JAD-CWH

**Order Setting Motion for Temporary Restraining Order for Hearing with an Expedited Briefing Schedule**

    Plaintiffs sue Nevada Secretary of State Barbara K. Cegavske under the First and Fourteenth Amendments and 42 U.S.C. § 1983 to challenge the constitutionality of NRS § 293.1715(1)(c), under which minor political parties must submit petitions to place the names of its candidates for partisan office on the ballot "[n]ot later than the third Friday in June preceding the general election," and NRS § 293.182(1)(c), which requires these petitions to be submitted to the county clerks for verification of the signatures "not later than 10 working days before the last day to file the petition." Plaintiffs move for a temporary restraining order enjoining the Secretary of State from enforcing these allegedly unconstitutionally burdensome time constraints and to allow the Green Party to submit the additional signatures that it has collected in support of its ballot-access petition so that its candidate may be placed on the general-election ballot.

    With good cause appearing to shorten the briefing schedule, IT IS HEREBY ORDERED that **plaintiffs must serve the complaint and motion for temporary restraining order [ECF Nos. 1, 3] on defendant by August 19, 2016.** Any response to plaintiffs' motion must be filed by August 25, 2016.

    IT IS FURTHER ORDERED that **plaintiffs' motion for temporary restraining order [ECF No. 3]** will be heard at **2:00 p.m. on Wednesday, August 31, 2016,** in Courtroom 6D at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

    Dated this 17th day of August, 2016

                                                  _____
                                                  Jennifer A. Dorsey
                                                  United States District Judge