Tony Nasser, Esq., CA SBN: 307930
BARNES LAW
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone:   (310) 510-6211
Facsimile:    (310) 510-6225
E-mail:        tonynasser@barneslawllp.com

Attorney for Plaintiffs Nevada Green Party, Dr. Jill Stein, and Julia Hammett
Attorney has complied with LR IA 10-2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA GREEN PARTY, DR. JILL STEIN; and DR. JULIA HAMMETT, as Co-Chair of the Nevada Green Party,<br><br>         Plaintiffs,<br><br>    v.<br><br>BARBARA K. CEGAVSKE, in her official capacity as Secretary of State of Nevada,<br><br>         Defendant. | Case No.: 2:16-cv-01951-JAD-CWH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>**ORDER** |

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that plaintiffs Nevada Green Party, Dr. Jill Stein, and Dr. Julia Hammett, as Co-Chair of the Nevada Green Party, and defendant Barbara K. Cegavske, in her official capacity as Secretary of State of Nevada, by and through counsel, voluntarily dismiss the above-captioned action, without prejudice, and each party will bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted on this 17th day of October, 2016.

| | |
|---|---|
| **BARNES LAW** | **ADAM PAUL LAXALT**<br>**Attorney General** |
| By: /s/ Tony Nasser<br>Tony Nasser<br>California Bar Number 307930 | By: /s/ Lori M. Story<br>Lori M. Story<br>Senior Deputy Attorney General<br>Nevada Bar Number 6835 |
| 601 South Figueroa Street, Suite 4050<br>Los Angeles, California 90017<br>Telephone:   (310) 510-6211<br>Facsimile:   (310) 510-6225<br>E-mail:   tonynasser@barneslawllp.com | 100 North Carson Street<br>Carson City, Nevada 89701<br>Telephone:   (775) 684-4114<br>Facsimile:   (775) 684-1108<br>E-mail:   lstory@ag.nv.gov |
| **Attorney for Plaintiffs** | **Attorney for Defendant** |

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED without prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated:  October 18, 2016.

_____
UNITED STATES DISTRICT JUDGE